UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

YEVGENIY SHEVTSOV,

    Petitioner,

v.

JEFFERSON SESSIONS, et al.,

    Respondents.

Case No. C18-1194-TSZ

**ORDER OF DISMISSAL**

Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record, and Court finds and **ORDERS**:

1. The Report and Recommendation is **ADOPTED**.

2. The Government's motion to dismiss, Dkt. 5, is **GRANTED**.

3. Petitioner's habeas petition is **DENIED**, and this action is **DISMISSED** with prejudice.

4. The Clerk shall send a copy of this Order to all counsel of record and to Judge Tsuchida.

DATED this 13th day of November, 2018.

*/s/ Thomas S. Zilly*

Thomas S. Zilly
United States District Judge

ORDER OF DISMISSAL- 1